## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

**DANIEL PAUL PRISTAVEC**                                                    **PLAINTIFF**

**v.**                    **Case No. 2:25-CV-02001-DCF**

**JAIL ADMINISTRATOR EDDIE SMITH and
OFFICER MORA**                                                    **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations (Doc. 25) from Magistrate Judge Mark E. Ford.  There have been no objections and the period for filing objections has passed.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**.  Accordingly, Plaintiff's case will be **DISMISSED** without prejudice.

**IT IS SO ORDERED** this 8th day of April 2026.


*/s/ David Clay Fowlkes*
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE